AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                              **CRIMINAL COMPLAINT**

**REMON L. GIBSON**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **MAY 6, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **SGT. PABLO FIGUEROA**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**SGT. PABLO FIGUEROA**
**NARCOTICS SPECIAL INVESTIGATION DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____           at    **Washington, D.C.**
Date                                                          City and State

_____                 _____
Name & Title of Judicial Officer                         Signature of Judicial Officer

**STATEMENT OF FACTS**

      On May 6, 2007, sworn officers with the Metropolitan Police Department's Interdiction Unit boarded AMTRAK train 20 at Union Station in Washington, D.C. Once on the train, officers knocked at the door of sleeper car room #7, and talked with the defendant, Remon Gibson. The officers identified themselves, and explained to the defendant that they were talking with passengers in reference to their travel. Officers asked to the see the defendants ticket. The defendant was unable to locate his ticket, but produced another AMTRAK receipt which showed the defendant's name and their travel. Officers asked the defendant if he was traveling with any illegal items such as flammable liquids, sharp items, weapons, narcotic drugs, or large sums of money, and the defendant said that he was not. Officers asked if they could search the room, and defendant gave consent. Officers searched the room and found a black and red bag that was in the overhead storage bin. A search of the bag revealed one brick of a hard substance that was wrapped in black tape. Further search of the bag revealed ten bricks of hard substance. Each brick contained a compressed white substance and a portion of the white powder field tested positive for cocaine. In addition, the bag contained only male clothing in the defendant's size. Officers placed the defendant under arrest. Recovered from the defendant was $1,159.25 in U.S. Currency. The approximate weight of the white powder substance was 5 kilograms, which is an amount commonly indicating that the white powder substance was going to be sold to others, rather than used exclusively by the defendant.

_____
SGT. PABLO FIGUEROA
NARCOTICS SPECIAL INVESTIGATION
DIVISION, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF MAY, 2007.

_____
U.S. MAGISTRATE JUDGE